# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 24, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

145988(79)(81)

MAJESTIC GOLF, L.L.C.,
      Plaintiff/Counter-Defendant-
      Appellee,

v

LAKE WALDEN COUNTRY CLUB, INC.,
      Defendant/Counter-Plaintiff-
      Appellant.
_____/

SC: 145988
COA: 300140
Livingston CC: 09-024146-CZ

On order of the Chief Justice, the motion of plaintiff-appellee for leave to file a supplemental brief after oral argument is GRANTED. The brief submitted on October 15, 2013, is accepted for filing. On further order of the Chief Justice, the motion of defendant-appellant to file a brief in response to plaintiff-appellee's supplemental brief after oral argument is GRANTED. The brief submitted on October 22, 2013, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 24, 2013



Clerk